# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JACKIE LENE MCKINNEY POSTON**            **PLAINTIFF**

**VS**            **CASE NO. 4:24CV117-DMB-JMV**

**RYAN WOOD**
**RONALD WHITE**
**JAMES NEILL**
**ROGAN JACKSON**            **DEFENDANTS**

## DEFENDANTS' MOTION TO WITHDRAW MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)

COMES NOW the Defendants, James Neill and Rogan Jackson, and move at this time to voluntarily withdraw their *Motion to Dismiss Pursuant Federal Rules of Civil Procedure 12(b)* [Doc. 29] filed on April 29, 2025.

Additionally, Defendants reserve their right to file additional responsive pleadings and motions, and raise additional defenses afforded to them either by case law or pursuant to the Federal Rules of Civil Procedure.

**WHEREFORE PREMISES CONSIDERED**, Defendants respectfully request this Honorable Court to grant this Motion to Withdraw their *Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)* [Doc. 29] filed on April 29, 2025.

Respectfully Submitted this the 2nd day of May, 2025.

                                             *s/M. Kevin Horan*
                                             M. Kevin Horan, MSB #2638
                                             HORAN & HORAN, PLLC
                                             Attorney for Defendants James Neill &
                                             Rogan Jackson

OF COUNSEL:
Horan & Horan, PLLC

P.O. Box 2166
Grenada, Mississippi 38902
Phone (662) 226-2185
Fax (662) 226-2127
Email: horanmain@horanandhoranlaw.com

## CERTIFICATE OF SERVICE

I, M. Kevin Horan, counsel for Defendants, James Neill and Rogan Jackson, hereby certify that I electronically filed the foregoing *Motion* with the clerk of the Court using the ECF System, which sent notification of such filing to the following:

All ECF participants

This the 2nd day of May, 2025.

*s/ M. Kevin Horan*
M. Kevin Horan
*Certifying Attorney*