IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JACKIE LENE MCKINNEY POSTON**                                                                 **PLAINTIFF**

**V.**                                                                          **NO. 4:24-CV-117-DMB-JMV**

**RYAN WOOD, RONALD WHITE, JAMES NEILL, and ROGAN JACKSON**                                     **DEFENDANTS**

## ORDER

On April 29, 2025, James Neill and Rogan Jackson filed a motion to dismiss Jackie Lene McKinney Poston's pro se claims against them. Doc. #29. Three days later, Neill and Rogan filed a motion to withdraw their April 29 motion. Doc. #30. On May 5, 2025, Poston filed a motion to set aside the April 29 motion. Doc. #31.

Upon consideration, the motion to withdraw [30] is **GRANTED**. Consequently, the April 29 motion [29] is **TERMINATED** and the motion to set aside [31] is **DENIED as moot**.

**SO ORDERED**, this 8th day of May, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**