IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JACKIE LENE MCKINNEY POSTON**                                **PLAINTIFF**

v.                                          **CIVIL ACTION NO.: 4:24-cv-117-DMB-JMV**

**RYAN WOOD, RONALD WHITE,**
**JAMES NEILL, ROGAN JACKSON**                              **DEFENDANTS**

## ORDER DENYING MOTION TO PROCEED

This matter is before the Court on Plaintiff's Motion to Proceed. [Doc. 40]. In her motion, Plaintiff requests that "In accordance with Federal rule of Civil Procedure 16, request that a date be set to allow the above grievance against said defendants to proceed." *Id*. This matter is currently stayed in accordance with Local Uniform Civil Rule 16(b)(3)(B) which provides that "a motion asserting [a] jurisdiction defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." On May 7, 2025, Defendants James Neill and Rogan Jackson filed a second motion to dismiss asserting, among other arguments, that this Court lacked personal jurisdiction over them. [Doc. 35]. The motion raised a jurisdictional defense, which prompted the undersigned to stay the case in accordance with the Local Rules pending a ruling on the motion. As of the date of this order, the second motion to dismiss [Doc. 35] remains pending before the Chief District Judge. The present motion presents no valid reason for the stay to be lifted; therefore, it is DENIED. The stay will remain in effect until a ruling on the motion to dismiss or further order from the Court.

       **SO ORDERED**, this 4th day of August, 2025.

                                                     /s/Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**